■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD LEE JONES, SR., Appellant. — In a *coram nobis* proceeding, defendant appeals from an order of the Supreme Court, Richmond County, entered October 1, 1965, which, without a hearing, denied his application to vacate a judgment

of said court, rendered February 1, 1963, convicting him of manslaughter in the first degree, upon a jury verdict, and imposing sentence. The judgment was affirmed (*People* v. *Jones*, 19 A D 2d 777). Order reversed, on the law, and application remitted to the Supreme Court, Richmond County, for further proceedings in accordance with *People* v. *Huntley* (15 N Y 2d 72). The procedure prescribed in *People* v. *Korda* (24 A D 2d 577) should be followed. No questions of fact have been considered. At the trial, defendant objected to the admission of a confession and requested a *voir dire* thereon in the jury's absence; that request was denied, the *voir dire* was held in the jury's presence, and the confession was then admitted in evidence without objection. Hence, in light of *Jackson* v. *Denno* (378 U. S. 368) this application must be remitted to the trial court for further proceedings pursuant to *People* v. *Huntley* (*supra*). Ughetta, Acting P. J., Brennan, Rabin, Hopkins and Benjamin, JJ., concur.